UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Multi-Tech Systems, Inc.,

Plaintiff, ORDER

v. Civil No. 00-295(ADM/AJB)

Gateway 2000, Inc.,

Defendant.

---

Multi-Tech Systems, Inc.,

Plaintiff,

v. Civil No. 00-296(PAM/JGL)

Dell Computer Corporation,

Defendant.

---

Multi-Tech Systems, Inc.,

Plaintiff,

v. Civil No. 00-297(DWF/AJB)

Compaq Computer Corporation,

Defendant.

---

Case No. 00-295 having been assigned to Judge Ann D. Montgomery and Case Nos. 00-296 and 00-297 having later been assigned to Judges Magnuson and Frank, said matters being related cases;

IT IS HEREBY ORDERED that Case Nos. 00-296 and 00-297 be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of cards on the Patent List of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

SCANNED
APR 29 2005
U.S. DISTRICT COURT MPLS

(4)

FILED MAR 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: March 14, 2000

JUDGE PAUL A. MAGNUSON
UNITED STATES DISTRICT COURT

Dated: March 14, 2000

JUDGE DONOVAN W. FRANK
UNITED STATES DISTRICT COURT

Dated: March 16, 2000

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT