**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

vs.

DELL COMPUTER CORPORATION,
a Delaware corporation,

Defendant.

Court File No. 00-CV-296 (ADM/AJB)

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

---

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the above-named parties, through their respective counsel, that defendant Dell Computer Corporation shall have until April 14, 2000 to answer to plaintiff Multi-Tech Systems, Inc.'s Complaint.

DATED: March 28, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Kevin D. Conneely
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
MULTI-TECH SYSTEMS, INC.

2241439.1

FILED 4/3/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: March 28, 2000

FAEGRE & BENSON LLP

By: ______________________________
Lori Ann Wagner (#178871)
Jonathan W. Dettmann (#265032)

2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

-and-

Andrew G. DiNovo, Esq.
Bill Schuurman, Esq.
VINSON & ELKINS, L.L.P.
One American Center, Suite 2700
600 Congress Avenue
Austin, Texas 78701-3200
(512) 495-8400

ATTORNEYS FOR DEFENDANT
DELL COMPUTER CORPORATION

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing Stipulation, defendant Dell Computer Corporation shall have until April 14, 2000, to answer to the Complaint of plaintiff Multi-Tech Systems, Inc. in this matter.

DATED: ~~March~~ April 3rd, 2000.

BY THE COURT:

______________________________
United States District Court ~~Judge~~/Magistrate Judge