**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MULTI-TECH SYSTEMS, INC.,
a Minnesota Corporation,

Plaintiff,

v.

DELL COMPUTER CORPORATION,
a Delaware Corporation,

Defendant.

Case No. 00-CV-296 ADM/RLE

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Multi-Tech Systems, Inc. and Defendant Dell Computer Corporation stipulate to the dismissal of all claims and counterclaims in this action with prejudice. The parties agree that each party shall bear its own costs, disbursements, and attorneys' fees incurred in this action.

Dated: January 7, 2005

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

/s/ Misti Nelc

Ronald J. Schutz (#130849)
Misti Nelc (#296090)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF**
**MULTI-TECH SYSTEMS, INC.**

Dated: January 6, 2005

**VINSON & ELKINS L.L.P.**

/s/ David B. Weaver

David B. Weaver *(Pro Hac Vice)*
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Phone: (512) 542-8400

**ATTORNEY FOR DEFENDANT**
**DELL COMPUTER CORPORATION**