**CERTIFICATE OF SERVICE**

I certify that on January 11, 2005, I have caused the following document:

Stipulation of Dismissal

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of electronic filing to the following:

| | |
|---|---|
| Kevin D. Conneely | kevin.conneely@leonard.com |
| Jonathan William Dettmann | jdettmann@faegre.com |
| Brian Boru O'Neill | boneill@faegre.com |
| Darren Brayer Schwiebert | dschwiebert@fredlaw.com |
| Lori Ann Wagner | lwagner@faegre.com |

I further certify that I have caused a copy of the following:

Stipulation of Dismissal

to be served by U.S. mail as noted below to the following:

Bill Schuurman
Vinson & Elkins
600 Congress Avenue, Suite 2700
Austin, TX 78701

David B. Weaver
Vinson & Elkins
2801 Via Fortune, Suite 100
Austin, TX 78746

Date: January 11, 2005

**s/ Misti Nelc**
Misti Nelc