**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MULTI-TECH SYSTEMS, INC.,<br>a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DELL COMPUTER CORPORATION,<br>a Delaware Corporation,<br><br>Defendant. | Case No. 00-CV-296 ADM/RLE |

**CERTIFICATE OF SERVICE FOR PROPOSED ORDER OF DISMISSAL**

I certify that on January 11, 2005, I have caused the Proposed Order of Dismissal, which was e-mailed to Judge Montgomery's chambers on January 11, 2005, to be served by U.S. mail as noted below to the following:

Bill Schuurman
Vinson & Elkins
600 Congress Avenue, Suite 2700
Austin, TX 78701

David B. Weaver
Vinson & Elkins
2801 Via Fortune, Suite 100
Austin, TX 78746

Date: January 11, 2005

**s/ Misti Nelc**
Misti Nelc