**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MULTI-TECH SYSTEMS, INC.,
a Minnesota Corporation,

Plaintiff,

v.

DELL COMPUTER CORPORATION,
a Delaware Corporation,

Defendant.

---

Case No. 00-CV-296 ADM/RLE

**ORDER OF DISMISSAL**

In light of the parties' Stipulation of Dismissal, which was filed electronically on January 11, 2005, and assigned ECF document number 35, all claims and counterclaims in this action are dismissed with prejudice. Each party shall bear its own costs, disbursements, and attorneys' fees incurred in this action.

IT IS SO ORDERED. LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 14, 2005

S/Ann D. Montgomery

The Honorable Ann D. Montgomery

Word 20118980.1