AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Multi-Tech Systems, Inc.
a Minnesota Corporation

V.

Dell Computer Corporation
A Delaware Corporation

## JUDGMENT IN A CIVIL CASE

Case Number: 00-296 ADM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. Pursuant to the parties Stipulation of Dismissal.

IT IS ORDERED AND ADJUDGED THAT:
all claims and counterclaims in this action are DISMISSED WITH PREJUDICE. Each party shall bear its own costs, disbursements and attorneys' fees incurred in this action.

January 18, 2005
Date

RICHARD D. SLETTEN, CLERK

s/G. Schneider
(By) G. Schneider, Deputy Clerk