**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MULTI-TECH SYSTEMS, INC.,
a Minnesota Corporation,

Plaintiff,

v.

DELL COMPUTER CORPORATION,
a Delaware Corporation,

Defendant.

Case No. 00-CV-296 ADM/RLE

**ORDER OF DISMISSAL**

In light of the parties' Stipulation of Dismissal, which was filed electronically on January 11, 2005, and assigned ECF document number 35, all claims and counterclaims in this action are dismissed with prejudice. Each party shall bear its own costs, disbursements, and attorneys' fees incurred in this action.

IT IS SO ORDERED. LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 14, 2005

S/Ann D. Montgomery

The Honorable Ann D. Montgomery

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
U.S. COURTHOUSE, SUITE 202
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

OFFICIAL BUSINESS

*RTS* - UNDELIVERABLE

RECEIVED
BY MAIL

2005 JAN 25 AM 9:12

U.S. DIST
MINNEAPOLIS

US POSTAGE
$ 00.37
FIRST CLASS
Mailed From 55415
01/14/2005

Bill Schuurman
Vinson & Ellis
600 Congress Ave Ste 2700
Austin, TX 78701

55415/2297